# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEAUNTE STEWART, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : |
| | : NO. 17-CV-4122 |
| PROGRESSIVE BUSINESS | : |
| PUBLICATIONS, INC., | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 26th day of June, 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 11) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is hereby entered in favor of Defendant and against Plaintiff as a matter of law on Counts I and III of Plaintiff's Amended Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.