IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEAUNTE STEWART : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| vs. : | NO. 17-CV-4122 |
| : | |
| PROGRESSIVE BUSINESS : | |
| PUBLICATIONS, INC. : | |
| : | |
| Defendant : | |

## **ORDER**

AND NOW, this 2nd day of January, 2019, upon consideration of Defendant's Supplemental Motion for Summary Judgment (Doc. No. 27) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the preceding Memorandum and Judgment as a matter of law is entered in favor of Defendant on Count II of Plaintiff's First Amended Complaint and against Plaintiff in no amount.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.